UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALLISON MADISON,           )<br>                             )<br>    Plaintiff,           )<br>                             )<br>    v.                      )<br>                             )<br> JASON WATTS, TONY GILL, and )<br> MATTHIS BURLEY,             )<br>                             )<br>    Defendants.              ) | Case No. 10-cv-137-JPG |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the parties' Stipulation of Dismissal (Doc. 16) with prejudice. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows for dismissal without a court order by filing such a stipulation.

Accordingly, the Court acknowledges that the case is at an end and **DIRECTS** the Clerk of Court to close the file accordingly.

**IT IS SO ORDERED.**
**Dated: August 31, 2010**

                                                              s/ J. Phil Gilbert
                                                              **J. PHIL GILBERT**
                                                              **DISTRICT JUDGE**